**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **IN RE LAKE GEORGE TORT CLAIMS** | **No. 05-CV-1408** <br> **(TJM/DRH)** <br> **(Lead Case)** |

---

| | |
|---|---|
| ANNA MAY HAWLEY, Individually and as Personal Representative for the Estate of Earl G. Hawley, deceased, <br>                              Plaintiff, <br>        v. <br><br> SHORELINE TOURS, INC., doing business as Shoreline Tours, Ltd., also known as Shoreline Tours and Travel, Inc., a Canadian Corporation, <br>                              Defendant. | No. 07-CV-1021 <br> (TJM/DRH) |

---

| | |
|---|---|
| FRANCES LOUISE NELSON, <br>                              Plaintiff, <br>        v. <br><br> SHORELINE CRUISE, INC., a domestic corporation; RICHARD PARIS; SHORELINE TRAVEL & TOURS, INC., also known as Shoreline Charters and Tours, Inc., a Canadian Corporation; LAKE GEORGE STEAMBOAT COMPANY, INC.; and SCARANO BOAT BUILDING, INC., <br><br>                              Defendants. | No. 07-CV-1022 <br> (TJM/DRH) |

---

| | |
|---|---|
| CAROL ANN MARSH, Individually and as Personal Representative of the Estate of Ann Beamish, deceased, <br>                              Plaintiff, <br>        v. <br><br> SHORELINE CRUISE, INC., a domestic corporation; RICHARD PARIS; SHORELINE TRAVEL & TOURS, INC., also | No. 07-CV-1023 <br> (TJM/DRH) |

known as Shoreline Charters and Tours, Inc.,
a Canadian Corporation; LAKE GEORGE
STEAMBOAT COMPANY, INC.; and
SCARANO BOAT BUILDING, INC.,

        Defendants.

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

## ORDER OF CONSOLIDATION

It appearing that the above-captioned actions have common questions of law and fact, it is hereby

**ORDERED** that:

  1. Pursuant to Fed. R. Civ. P. 42(a), Hawley v. Shoreline Tours, Inc., No. 07-CV-1021 (TJM/DRH); Nelson v. Shoreline Cruise, Inc. et al., No. 07-CV-1022 (TJM/DRH); and Marsh v. Shoreline Cruise, Inc. et al., No. 07-CV-1023 (TJM/DRH) are consolidated for all purposes as "Member Cases" with In Re Lake George Tort Claims, No. 05-CV-1408 (TJM/DRH) ("Lead Case"); and

  2. The Hawley, Nelson, and Marsh cases shall each be governed by the consolidation and scheduling orders entered in the Lead Case, including but not limited to the Order of Consolidation and Related Matters filed August 16, 2006 (Docket No. 53), the Pretrial Scheduling Order filed August 17, 2006 (Docket No. 54), and all amendments thereto.

**IT IS SO ORDERED.**

DATED: September 28, 2007
    Albany, New York

*David R. Homer*
United States Magistrate Judge

2