**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------

| | |
|---|---|
| **IN RE LAKE GEORGE TORT CLAIMS** | No. 05-CV-1408 (TJM/DRH) (Lead Case) |

----------------------------------------------------------------

## AMENDED SCHEDULING ORDER

In letters dated May 11, 2009, the remaining parties requested an extension to the existing scheduling order (Docket No. 345). Docket Nos. 378, 379. Good cause appearing for the requests and without objection, it is hereby

**ORDERED** that the Pretrial Scheduling Order filed August 16, 2006 (Docket No. 54), as previously amended, is hereby further amended as follows:

1. Plaintiffs shall disclose their expert witness reports on or before **August 1, 2009**;

2. Defendants shall disclose their expert witness reports on or before **October 1, 2009**;

3. Plaintiffs shall serve any rebuttal expert witness reports on or before **November 1, 2009**; and

4. The depositions of expert witnesses shall not commence before **October 1, 2009** and shall be completed on or before **December 15, 2009**;

5. All discovery shall be completed on or before **December 15, 2009**;

6. Dispositive motions shall be filed on or before **January 15, 2010**;

7. The case shall then be ready for trial on and after **February 1, 2010**;

6. The trial of this action shall commence on **April 13, 2010**; and

7.  The Pretrial Scheduling Order, as amended, remains in full force and effect in all other respects.

**IT IS SO ORDERED**.

Dated:  May 12, 2009
       Albany, New York

_____
David R. Homer
U.S. Magistrate Judge