James R. Denlea, Esq.
Jeffrey I. Carton, Esq.
Russell M. Yankwitt, Esq.
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel.: (914) 517-5000
Fax: (914) 517-5055

Attorneys for Defendant
SCARANO BOAT BUILDING, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN RE LAKE GEORGE TORT CLAIMS           No. 05-CV-1408 (TJM/DRH)

------------------------------------------------------------ x

## ORDER

~~Proposed Final Judgment Pursuant to Rule 54(b)~~

**WHEREAS**, defendant Scarano Boat Building, Inc. has moved this Court for summary judgment and to dismiss the Complaint and all claims and cross-claims directed against this defendant;

**WHEREAS**, the Court considered the motion for summary judgment, supporting memorandum of law, supporting exhibits, and all pleadings and submissions previously filed in this action, and having heard oral argument on May 11, 2009, from counsel for plaintiffs and counsel for defendants, the Court grants Summary Judgment to defendant Scarano Boat Building, Inc. and dismisses all claims and cross-claims, with prejudice, with each side to bear its own costs and disbursements, including attorneys' fees, and agrees to the entry of the attached proposed Order of Dismissal; and

**WHEREAS**, plaintiffs request the Court to certify the order of summary judgment pursuant to Rule 54(b).

[Filed stamp: U.S. DISTRICT COURT - N.D. OF N.Y. FILED MAY 29 2009 AT ___ O'CLOCK ___ Lawrence K. Baerman, Clerk - Binghamton]

**IT IS HEREBY ORDERED THAT**: summary judgment is granted to defendant Scarano Boat Building, Inc., and all claims and cross-claims filed or that could have been filed against Scarano Boat Building, Inc., are dismissed with prejudice;

~~IT IS HEREBY FURTHER ORDERED THAT: the Court expressly finds that there is no reason to delay entry of final judgment as to defendant Scarano Boat Building, Inc.;~~

~~IT IS HEREBY FURTHER ORDERED THAT: the Clerk shall be directed to enter final judgment dismissing all claims as to defendant Scarano Boat Building, Inc., which judgment is hereby certified in accordance with Rule 54(b)~~; and

**IT IS HEREBY FURTHER ORDERED THAT**: each side shall bear its own costs and disbursements, including attorneys' fees.

Dated:    May 26, 2009

So Ordered:

_____
Honorable Thomas J. McAvoy, U.S.D.J.

00219194.WPD