U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 15 2010
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

IN RE LAKE GEORGE TORT CLAIMS

**FINAL JUDGMENT**

Civil Case No.:
05-CV-1408 (TJM/DRH)

Pursuant to Rule 54(b) all claims against Scarano Boat Building, Inc. are hereby finally dismissed with prejudice, and the defendant Scarano shall have final judgment dismissing said claims in accordance with Rule 54. All remaining claims having previously been resolved by way of settlement, the Court expressly determines that there is no just reason for delay in entering final judgment with respect to Scarano Boat Building, Inc. All other claims and causes of action having been disposed of, it hereby

**ADJUDGED AND DECREED** that the above entitled action is dismissed with prejudice.

**IT IS HEREBY SO ORDERED**

Dated this 12th day of November, 2010

_____
HON. THOMAS J. MCAVOY

HACKER
MURPHY,
LLP
ATTORNEYS AT LAW